ELIAS DISNEY *et al.*

*v.*

THE CITY OF CHICAGO.

*Opinion filed December 18, 1899—Rehearing denied February 8, 1900.*

APPEALS AND ERRORS—*writ of error must be brought within five years.* Under section 85 of the Practice act a writ of error cannot be brought after five years from the rendition of the judgment.

WRIT OF ERROR to the County Court of Cook county; the Hon. FRANK SCALES, Judge, presiding.

GEORGE W. WILBUR, for plaintiffs in error.

Per CURIAM: This writ of error was sued out September 21, 1899, to reverse a judgment of the county court rendered September 13, 1893, confirming a special assessment levied to pay the cost of a local improvement in Chicago. Section 85 of the Practice act provides that a writ of error shall not be brought after the expiration of five years from the rendition of the judgment complained of. As more than five years had elapsed when this writ was sued out it must be dismissed.

*Writ dismissed.*